UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Patricia A. Knowlden,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Unum Life Insurance Company of America,<br><br>　　　　Defendant. | Civil Action No. 2:22–cv–66 |

## ORDER

　　On or before May 2, 2022, Plaintiff shall return executed her Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

　　Dated at Burlington, in the District of Vermont, this 25th day of April 2022.

　　　　　　　　　　　　　　　　　　　　　*/s/ Kevin J. Doyle*
　　　　　　　　　　　　　　　　　　　　　Kevin J. Doyle
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge