UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Patricia A. Knowlden,<br><br>    Plaintiff,<br><br>    v.<br><br>Unum Life Insurance Company of America,<br><br>    Defendant. | Civil Action No. 2:22–cv–66 |

## **ORDER**

    On or before September 19, 2022, Defendant shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and shall also file its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

    Dated at Burlington, in the District of Vermont, this 9th day of September 2022.

                                                      */s/ Kevin J. Doyle*
                                                      Kevin J. Doyle
                                                      United States Magistrate Judge